IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>SAMUEL RIVERA RODRIGUEZ,<br>a/k/a "Sammy Peligro"<br>Defendant | CRIMINAL 16-0086CCC |

**ORDER**

Having considered the Motion to Suppress filed by defendant Samuel Rivera Rodríguez (d.e. 36), the United States' Response in Opposition (d.e. 40), the transcripts of the suppression hearing held on October 2, 2018 (d.e. 116) and November 2, 2018 (d.e. 118), the Report and Recommendation issued by U.S. Magistrate-Judge Bruce J. McGiverin (**d.e. 124**) and defendant's Objections to the Magistrate-Judge's Report and Recommendation (d.e. 126), said Report and Recommendation is APPROVED and ADOPTED and defendant's Motion to Suppress (**d.e. 36**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on May 6, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge